February 2, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ASLAM VIRANI, Appellant

NO. 14-11-00331-CV                    V.

PAT CUNNINGHAM, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Pat Cunningham, signed January 31, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Aslam Virani, to pay all costs incurred in this appeal. We further order this decision certified below for observance.